No. A–482. LINEBERGER *v.* UNITED STATES. Application for release pending appeal, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–1910. IN RE DISBARMENT OF CARANCHINI. Disbarment entered. [For earlier order herein, see 522 U. S. 1104.]

No. D–1934. IN RE DISBARMENT OF SADLER. Gerald A. Sadler, of Houston, Tex., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on April 20, 1998 [523 U. S. 1069], is discharged.

No. D–1940. IN RE DISBARMENT OF LEWINSON. Disbarment entered. [For earlier order herein, see 523 U. S. 1069.]

No. D–1991. IN RE DISBARMENT OF BECKER. Disbarment entered. [For earlier order herein, see *ante*, p. 803.]

No. D–2000. IN RE DISBARMENT OF HENRY. Disbarment entered. [For earlier order herein, see *ante*, p. 926.]

No. D–2003. IN RE DISBARMENT OF CUETO. Disbarment entered. [For earlier order herein, see *ante*, p. 957.]

No. D–2004. IN RE DISBARMENT OF CONSOLI. Disbarment entered. [For earlier order herein, see *ante*, p. 957.]

No. D–2005. IN RE DISBARMENT OF WASHBURN. Disbarment entered. [For earlier order herein, see *ante*, p. 958.]

No. D–2021. IN RE DISBARMENT OF RECKDENWALD. Edward Walker Reckdenwald, of Rockville, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.